No. 506. ADDERLEY ET AL. *v*. FLORIDA. Dist Ct. App. Fla., 1st Dist. Certiorari granted. *Richard Yale Feder* and *Tobias Simon* for petitioners. *Earl Faircloth*, Attorney General of Florida, and *William D. Roth*, Assistant Attorney General, for respondent.

No. 128, Misc. BELL *v*. TEXAS. Ct. Crim. App. Tex. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. The case is transferred to the appellate docket. Petitioner *pro se*. *Waggoner Carr*, Attorney General of Texas, *Hawthorne Phillips*, First Assistant Attorney General, *T. B. Wright*, Executive Assistant Attorney General, and *Howard M. Fender, Gilbert J. Pena* and *Charles B. Swanner*, Assistant Attorneys General, for respondent.

No. 724. OSBORN *v*. UNITED STATES. C. A. 6th Cir. Certiorari granted. MR. JUSTICE WHITE and MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Jacob Kossman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.